

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON | LOS ANGELES<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| sknutson@sidley.com<br>(312) 853-4710 | FOUNDED 1866 | |

January 16, 2008

**By Federal Express & Fax (202.502.2888; letter only)**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    <u>MDL 1769: In re Seroquel Products Liability Litigation</u>

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and Zeneca, Inc. by their attorneys, hereby notify the Panel of the following potential tag-along actions to the above multidistrict litigation listed on the attached Schedule A.

Schedule A lists potential tag-along actions in which AstraZeneca is named and in which only claims relating to Seroquel are alleged.

Enclosed is a copy of the complaint and docket sheet for each action.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Sherry A. Knutson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Clerk of the Panel
January 16, 2008
Page 2

SAK:lmm

Enclosures

cc:    Counsel of Record (letter only by US Mail)



Clerk of the Panel
January 16, 2008
Page 3

## Schedule A

**United States District Court**
**Northern District of California (San Jose)**

| Div. | C.A.# | Case Caption |
|---|---|---|
| 5 | 08-cv-00180 | *Denise Vela v. AstraZeneca Pharmaceuticals, LP, et al.* |

**United States District Court**
**Northern District of Illinois (Chicago)**

| Div. | C.A.# | Case Caption |
|---|---|---|
| 1 | 07-cv-07166 | *Matthew Moore v. AstraZeneca Pharmaceuticals, LP* |



Clerk of the Panel
January 16, 2008
Page 4

## Service List

**Philip Bohrer**
Bohrer Law Firm, LLC
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809
(225) 925-5297
Fax: (225) 231-7000
Email: phil@bohrerlaw.com

**Scott E. Brady**
Bohrer Law Firm, LLC
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809
(225) 925-5297
Fax: (225) 231-7000
Email: scott@bradylawfirmllc.com

**William L. Berg**
Berg Injury Lawyers
640 Watt Ave.
Suite 100
Sacramento, CA 95864

**Kent Michael Lucaccioni**
Attorney at Law
20 South Clark Street
Suite 1700
Chicago, IL 60603