## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Matthew Moore

                            Plaintiff,

v.                                              Case No.: 1:07−cv−07166
                                                     Honorable Ronald A. Guzman

AstraZeneca Pharmaceuticals LP

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Plaintiff not in court. Status hearing held on 1/22/2008. Hearing on motion by Defendant AstraZeneca Pharmaceuticals LP to stay All Proceedings Pending Transfer to Multidistrict Litigation[9] held and continued to 2/20/08 at 9:30 a.m. Status hearing set for 2/20/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.