

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**　　　　　　　　　　　　　　　　　　　　　　　　**OFFICE OF THE CLERK**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(312) 435-5691**

March 6, 2008

United States District Court
Middle District of Florida
George C. Young U.S. Courthouse and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801

　　　　RE:　　Moore v. AstraZeneca Pharmaceuticals LP

　　　　　　　Our USDC No.  07cv7166

　　　　　　　Your USDC No.

　　　　MDL Docket No.: 1769

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 2/20/2008 .  Enclosed is a certified copy of the  MDL transfer order and docket sheet .

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing.  You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet.  You will need Adobe Acrobat reader loaded on your computer in order to view the documents.  If you are an electronic court, you may upload the documents.  **All documents filed prior to electronic filing are included in this transfer package.**  (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk

　　　　　　　　　　　　　　　　　　　　　By:Enjoli Fletcher

Enclosures

New Case No. _____　　　Date _____